DECEMBER 15, 1952.

No. 447. CROSS *v.* TUSTIN ET AL.

*Per Curiam:* The appeal is dismissed for the

want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. 